*In re* GUILLERMO SANTIAGO RODRÍGUEZ.

*Número:* 5757          *Resuelto:* 13 de septiembre de 1995

*Guillermo Santiago Rodríguez, pro se,* peticionario.

Sala Especial de Verano integrada por el Juez Presidente Señor Andréu García y los Jueces Asociados Señores Negrón García, Hernández Denton y Corrada Del Río.

## RESOLUCIÓN

Evaluada la solicitud de readmisión al ejercicio del notariado del Lcdo. Guillermo Santiago Rodríguez, *se autoriza su reinstalación.*

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General. El Juez Presidente Señor Andréu García no intervino.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*